No. 666. CALIFORNIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Stanley Mosk,* Attorney General of California, and *John Fourt* and *Robert H. Connett,* Deputy Attorneys General, for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 723. MEL DAR CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Joseph T. Enright* and *Norman Elliott* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Carolyn R. Just* for respondent.

No. 772. BLACHMAN v. ERIEVIEW CORPORATION ET AL. C. A. 6th Cir. Certiorari denied. *Harry A. Blachman,* petitioner, *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the United States et al., *John Eckler* for Erieview Corporation, and *Joseph H. Crowley* for the City of Cleveland, respondents.

No. 773. HONIGMAN v. GREEN GIANT Co. ET AL. C. A. 8th Cir. Certiorari denied. *John Sklar* for petitioner. *Fremont C. Fletcher* for respondents.

No. 782. OREGON, ACTING BY AND THROUGH ITS STATE FORESTER, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert Y. Thornton,* Attorney General of Oregon, and *Thomas C. Stacer* and *Clarence R. Kruger,* Assistant Attorneys General, for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.